**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MARQUARDT ENGINEERING, INC. | § | Case No. 12-80368-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 01/28/2015 in Courtroom 3100, United States Courthouse, U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: 01/02/2015          By:     /s/ STEPHEN G. BALSLEY
                                      Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MARQUARDT ENGINEERING, INC. § Case No. 12-80368-TML
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 10,000.00 |
| and approved disbursements of | $ 136.28 |
| leaving a balance on hand of [1] | $ 9,863.72 |
| **Balance on hand:** | $ 9,863.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | Illinois Department of Employment Security | 739.95 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,863.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,750.00 | 0.00 | 933.94 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 15,888.50 | 0.00 | 8,479.35 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 551.00 | 0.00 | 294.06 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 156.37 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,863.72 |
| Remaining balance: | $ 0.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $84,334.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1P-2 | Internal Revenue Service | 70,105.02 | 0.00 | 0.00 |
| 4P | Illinois Department of Revenue | 14,229.88 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,166.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: *SEE ATTACHED EXPLANATION

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1U-2 | Internal Revenue Service | 13,786.21 | 0.00 | 0.00 |
| 2 | Nicor Gas | 390.94 | 0.00 | 0.00 |
| 3 | Star Supply LLC | 5,852.18 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 1,137.44 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 220.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5U | Illinois Department of Employment Security | 220.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

In Marquardt, 12-80368, the Trustee pursued a fraudulent transfer which appeared to have a value of upwards of $100,000. The Trustee settled it after pursuing litigation for $10,000 based mainly on the questionable collectability of any recovery weighed against the cost of litigation. The Trustee has incurred nearly $16,000 of accrued expenses for attorney time in the litigation. The Trustee has out of pocket expenses for depositions of $551 and still owes the clerk's office for a filing fee for the adversary. Trustee fees would be $1,750. Claims are about $84,000 including the priority IRS for $70,100. Administrative expenses will be paid at about 53%. The adversary proceeding was worth the effort, although the outcome was not as fruitful as the Trustee expected it to be.

Unfortunately, there are no funds available for distribution to creditors.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 12-80368-TML
Marquardt Engineering, Inc.                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 2           Date Rcvd: Jan 05, 2015
                              Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2015.
db           +Marquardt Engineering, Inc.,   11807 Heron,   Huntley, IL 60142-9404
18441452     +A.M. Castle & Company,   13843 Collections Center Drive,   Chicago, IL 60693-0138
18441453     +BMO Harris Bank,   @ Chapman & Cutler,   111 West Monroe Street,   Chicago, IL 60603-4080
18441455     +Brian Lee Mueller,   11807 Heron Drive,   Huntley, IL 60142-9404
18441457      Chase Cardmember services,   PO BOX 15153,   Wilmington, DE 19886-5133
18441458     +Cutco,   2202 Landmeir Rd,   Elk Grove Village, IL 60007-2617
18441459     +Decision Bridge,   1363 Shermer Rd,   Ste 215,   Northbrook, IL 60062-4575
18441460     +EDM Network,   1974 Bucktail Lane,   Sugar Grove, IL 60554-9609
18441461     +G F I,   1531 Preston Street,   Rockford, IL 61102-2047
18441463    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
               CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,   Bankruptcy Section Level 7-425,
               100 West Randolph Street,   Chicago, IL 60601)
18441462      Ice Mountain Water,   PO BOX 856680,   Louisville, KY 40285-6680
21252251     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
19107577      Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
18441465      Machine Tool Supply,   Dept 8070,   PO BOX 87618,   Chicago, IL 60680-0618
18441467     +Star Supply LLC,   23461 Industrial Park Drive,   Farmington, MI 48335-2855
18441469    #+TR Jones,   PO BOX 5244,   Elgin, IL 60121-5244
18441468     +Tool Crib,   4436 Pay Sphere Circle,   Chicago, IL 60674-0044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18441464       E-mail/Text: cio.bncmail@irs.gov Jan 06 2015 01:25:05    Internal Revenue Service,
               PO BOX 7346,   Philadelphia, PA 19101-7346
18441466       E-mail/Text: bankrup@aglresources.com Jan 06 2015 01:24:33    Nicor Gas,   PO BOX 416,
               Aurora, IL 60568-0001
18869923      +E-mail/Text: bankrup@aglresources.com Jan 06 2015 01:24:33    Nicor Gas,   P.O. Box 549,
               Aurora, IL 60507-0549
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18441454*    +BMO Harris Bank,   @ Chapman & Cutler,   111 West Monroe Street,   Chicago, IL 60603-4080
18441456*    +Brian Lee Mueller,   11807 Heron Drive,   Huntley, IL 60142-9404
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2015 at the address(es) listed below:
              Elizabeth A. Bates    on behalf of Defendant    Marquardt & Mueller Machining
               ebates@springerbrown.com,    jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth A. Bates    on behalf of Defendant Susan  Mueller ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              James Patrick Sullivan    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
               jsulliva@chapman.com
              John S Biallas    on behalf of Debtor    Marquardt Engineering, Inc. jsb70@comcast.net
              John S Biallas    on behalf of Defendant Susan  Mueller jsb70@comcast.net
              John S Biallas    on behalf of Defendant    Marquardt & Mueller Machining jsb70@comcast.net
```

```
District/off: 0752-3          User: vgossett              Page 2 of 2                  Date Rcvd: Jan 05, 2015
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joshua D. Greene    on behalf of Defendant Susan  Mueller jgreene@davisgreenelaw.com
          Joshua D. Greene    on behalf of Defendant    Marquardt & Mueller Machining
           jgreene@davisgreenelaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
          Stephen G Balsley     sbalsley@bslbv.com,    IL47@ecfcbis.com
          Thomas E Springer    on behalf of Defendant Susan  Mueller tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer    on behalf of Defendant    Marquardt & Mueller Machining
           tspringer@springerbrown.com,    jkrafcisin@springerbrown.com
                                                                                                                                                                                      TOTAL: 14