# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MARQUARDT ENGINEERING, INC. § Case No. 12-80368-TML
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $350,000.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $499,103.18 |
| Total Expenses of Administration: $10,000.00 | |

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,200,000.00 | $739.95 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,618.78 | 18,618.78 | 10,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,377.00 | 154,439.92 | 84,334.90 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 400,208.51 | 35,172.98 | 21,386.77 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,613,585.51 | $208,971.63 | $124,340.45 | $10,000.00 |

4) This case was originally filed under Chapter 7 on February 03, 2012. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/20/2015          By: /s/STEPHEN G. BALSLEY
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wrongful diversion of corp assets/fraudulent con | 1241-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | Illinois Department of Employment Security | 4110-000 | N/A | 739.95 | 0.00 | 0.00 |
| NOTFILED | BMO Harris Bank @ Chapman & Cutler | 4110-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank @ Chapman & Cutler | 4110-000 | 800,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,200,000.00** | **$739.95** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,750.00 | 1,750.00 | 933.94 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 156.37 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 15,888.50 | 15,888.50 | 8,479.35 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 453.25 | 453.25 | 241.89 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 97.75 | 97.75 | 52.17 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.35 | 11.35 | 11.35 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.71 | 13.71 | 13.71 |
| Rabobank, N.A. | 2600-000 | N/A | 12.03 | 12.03 | 12.03 |
| Rabobank, N.A. | 2600-000 | N/A | 14.51 | 14.51 | 14.51 |
| Rabobank, N.A. | 2600-000 | N/A | 14.68 | 14.68 | 14.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,618.78 | $18,618.78 | $10,000.00 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 70,105.02 | 0.00 | 0.00 |
| 1P-2 | Internal Revenue Service | 5800-000 | N/A | 70,105.02 | 70,105.02 | 0.00 |
| 4P | Illinois Department of Revenue | 5800-000 | 13,377.00 | 14,229.88 | 14,229.88 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $13,377.00 | $154,439.92 | $84,334.90 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 13,786.21 | 0.00 | 0.00 |
| 1U-2 | Internal Revenue Service | 7100-000 | N/A | 13,786.21 | 13,786.21 | 0.00 |
| 2 | Nicor Gas | 7100-000 | 975.00 | 390.94 | 390.94 | 0.00 |
| 3 | Star Supply LLC | 7100-000 | 5,852.00 | 5,852.18 | 5,852.18 | 0.00 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 1,137.44 | 1,137.44 | 0.00 |
| 5U | Illinois Department of Employment Security | 7200-000 | N/A | 220.00 | 220.00 | 0.00 |
| NOTFILED | TR Jones | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Decision Bridge | 7100-000 | 951.00 | N/A | N/A | 0.00 |
| NOTFILED | Tool Crib | 7100-000 | 1,669.00 | N/A | N/A | 0.00 |
| NOTFILED | G F I | 7100-000 | 19,997.00 | N/A | N/A | 0.00 |
| NOTFILED | EDM Network | 7100-000 | 1,157.00 | N/A | N/A | 0.00 |
| NOTFILED | Ice Mountain Water | 7100-000 | 2.79 | N/A | N/A | 0.00 |
| NOTFILED | Cutco | 7100-000 | 234,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Machine Tool Supply | 7100-000 | 1,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 53,742.72 | N/A | N/A | 0.00 |
| NOTFILED | A.M. Castle & Company | 7100-000 | 45,716.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember services | 7100-000 | 12,426.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$400,208.51** | **$35,172.98** | **$21,386.77** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-80368-TML  
**Case Name:** MARQUARDT ENGINEERING, INC.

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 02/03/12 (f)  
**§341(a) Meeting Date:** 03/08/12  

**Period Ending:** 04/20/15

**Claims Bar Date:** 07/26/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Industrial Building at 11118, Il 60142 Trust  Asset removed pursuant to Amended Schedule A filed 2/14/12. | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | Misc. Machines, tooling, inventory, materials et | Unknown | 0.00 | | 0.00 | FA |
| 3 | Wrongful diversion of corp assets/fraudulent con  (u)  Adversary Case No. 12-96106  See Order to Compromise Controversy entered December 4, 2013. | Unknown | 100,000.00 | | 10,000.00 | FA |
| 3 | **Assets Totals** (Excluding unknown values) | **$350,000.00** | **$100,000.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013   **Current Projected Date Of Final Report (TFR):**   November 19, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80368-TML  
**Case Name:** MARQUARDT ENGINEERING, INC.  
**Taxpayer ID #:** **-***8458  
**Period Ending:** 04/20/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/11/13 | {3} | Marquardt & Mueller Machining, Inc. | First installment payment toward adversary settlement pursuant to Order to Compromise Controversy entered December 4, 2013 | 1241-000 | 2,500.00 | | 2,500.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,490.00 |
| 01/15/14 | {3} | Marquardt & Mueller Machining, Inc. | Second installment payment toward adversary settlement pursuant to Order to Compromise Controversy entered December 4, 2013 | 1241-000 | 1,250.00 | | 3,740.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,730.00 |
| 02/19/14 | {3} | Marquardt & Mueller Machining, Inc. | Third installment payment toward adversary settlement pursuant to Order to Compromise Controversy entered December 4, 2013 | 1241-000 | 1,250.00 | | 4,980.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 03/20/14 | {3} | Marquardt & Mueller Machining, Inc. | Fourth installment payment toward adversary settlement pursuant to Order to Compromise Controversy entered December 4, 2013 | 1241-000 | 1,250.00 | | 6,220.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,210.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,200.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,190.00 |
| 06/06/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #12-80368 | 2300-000 | | 11.35 | 6,178.65 |
| 06/19/14 | {3} | Marquardt & Mueller Machining, Inc. | Fifth & Sixth installment payment toward adversary settlement pursuant to Order to Compromise Controversy entered December 4, 2013 | 1241-000 | 2,500.00 | | 8,678.65 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,668.65 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.71 | 8,654.94 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.03 | 8,642.91 |
| 09/08/14 | {3} | Susan I. Heun | Final installment payment toward adversary settlement pursuant to Order to Compromise Controversy entered December 4, 2013 | 1241-000 | 1,250.00 | | 9,892.91 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.51 | 9,878.40 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.68 | 9,863.72 |
| 01/29/15 | 102 | U.S. Bankruptcy Court | Dividend paid 53.36% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 156.37 | 9,707.35 |
| 01/29/15 | 103 | STEPHEN G. BALSLEY | Dividend paid 53.36% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 933.94 | 8,773.41 |

Subtotals :    $10,000.00    $1,226.59

{} Asset reference(s)

Printed: 04/20/2015 12:12 PM    V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-80368-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | MARQUARDT ENGINEERING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7166 - Checking Account |
| Taxpayer ID #: | **-***8458 | | Blanket Bond: | $598,000.00 (per case limit) |
| Period Ending: | 04/20/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/29/15 | 104 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 8,773.41 | 0.00 |
| | | | Dividend paid 53.36% on $97.75; Claim# ; Filed: $97.75   52.17 | 3120-000 | | | 0.00 |
| | | | Dividend paid 53.36% on $453.25; Claim# ; Filed: $453.25   241.89 | 3120-000 | | | 0.00 |
| | | | Dividend paid 53.36% on $15,888.50; Claim# ; Filed: $15,888.50   8,479.35 | 3110-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 10,000.00 | 10,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $10,000.00 | $10,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7166 | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |